UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                        CASE NO. 07 B 09227
  NESTOR SANCHEZ
  RENEE ELIZABETH SANCHEZ                     CHAPTER 13

                                              JUDGE: MANUEL BARBOSA

         Debtor
  SSN XXX-XX-7555    SSN XXX-XX-6952
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/21/07 and confirmed on 08/27/07.

2. The case was converted to Chapter 7 after confirmation, 07/16/2008.

3. The Debtor paid a total of $ 32932.50 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | 25713.79 | .00 | 25713.79 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | 1948.05 | 68.91 | 1363.23 |
| CITIFINANCIAL | UNSECURED | 5344.76 | .00 | .00 |
| CITIFINANCIAL AUTO | SECURED VEHIC | 9500.00 | 363.95 | 1419.48 |
| CITY OF AURORA | SECURED | 730.00 | .00 | 175.00 |
| DELL FINANCIAL SERVICES | SECURED | 200.00 | 2.71 | 87.52 |
| DIANE STANTON | CHILD SUPPORT | NOT FILED | .00 | .00 |
| APPLIED CARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| ASCENSION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 3046.44 | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 929.26 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1451.11 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 3914.97 | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| TEXAS GUARANTEED STUDENT | UNSECURED | 8801.83 | .00 | .00 |
| RESURCENT CAPITAL SERVIC | UNSECURED | 335.87 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ECAST SETTLEMENT CORPORA | UNSECURED | 400.30 | .00 | .00 |
| ECMC | UNSECURED | 1394.86 | .00 | .00 |
| ECMC | UNSECURED | 2890.51 | .00 | .00 |
| ECMC | UNSECURED | 930.71 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 4667.36 | .00 | 537.50 |
| CITIFINANCIAL AUTO | UNSECURED | 4011.44 | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | 971.37 | .00 | .00 |

```
ECMC                         UNSECURED     NOT FILED            .00         .00
ECMC                         UNSECURED     NOT FILED            .00         .00
ROUNDUP FUNDING LLC          UNSECURED        204.82            .00         .00
OLIPHANT FINANCIAL CORP      FILED LATE          .00            .00         .00
ILLINOIS STUDENT ASSIST      UNSECURED      10939.29            .00         .00
        Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 42759.20         .00     45567.54        .00     88326.74
PRINCIPAL PAID     29296.52         .00          .00        .00     29296.52
INTEREST PAID        435.57         .00          .00        .00       435.57
TOTAL PAID         29732.09         .00          .00        .00     29732.09
```

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   3000.00
and was paid $   1300.00  direct and $   1700.00  through the plan.

The Trustee received $   1500.41 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


       Dated: 08/26/08               /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 09227 NESTOR SANCHEZ & RENEE ELIZABETH SANCHEZ